# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

July 11, 2022

United States District Court
Northern District of Indiana/South Bend
Office of the Clerk
204 S. Main Street, Room 102
South Bend, Indiana 46601

Re: BATISTE–WADDELL v. SOUTH BEND COMMUNITY SCHOOL CORPORTATION
Cause Number: 1:22–cv–01327–JRS–DLP

To Whom it May Concern:

Pursuant to an Order dated 7/11/2022, the above file is being transferred to the United States District Court for the Northern District of Indiana/South Bend. The case file has been transferred electronically to your court via CM/ECF.

Sincerely,

Roger A. G. Sharpe

By: s/James D. Curry, Jr.
James D. Curry, Jr., Deputy Clerk

cc: Counsel of record