# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:22–cv–01327–JRS–DLP

| | |
|---|---|
| BATISTE–WADDELL v. SOUTH BEND COMMUNITY SCHOOL CORPORTATION | Date Filed: 07/05/2022 |
| Assigned to: Judge James R. Sweeney II | Date Terminated: 07/11/2022 |
| Referred to: Magistrate Judge Doris L. Pryor | Jury Demand: Plaintiff |
| Cause: 42:2000e Job Discrimination (Employment) | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

| | |
|---|---|
| Discovery Deadline: | Settlement Conference: |
| Dispositive Motion Deadline: | Final Pretrial Conference: |
| | Trial Date: |

**Plaintiff**

| | | |
|---|---|---|
| **TIANA BATISTE–WADDELL** | represented by | **Deidra N Haynes**<br>The Law Office of Deidra N. Haynes LLC<br>7007 Graham Road<br>Ste 102<br>Indianapolis, IN 46220<br>317–982–7396<br>Email: deidrahaynes@dnhlawllc.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **SOUTH BEND COMMUNITY SCHOOL CORPORTATION** | represented by | **SOUTH BEND COMMUNITY SCHOOL CORPORTATION**<br>.<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2022 | 1 | COMPLAINT against South Bend Community School Corp, filed by Tiana Batiste–Waddell. (Filing fee $402, receipt number AINSDC–7175325) (Attachments: # 1 Proposed Summons, # 2 Civil Cover Sheet)(Haynes, Deidra) (Entered: 07/05/2022) |
| 07/05/2022 | 2 | NOTICE of Appearance by Deidra N Haynes on behalf of Plaintiff Tiana Batiste–Waddell. (Haynes, Deidra) (Entered: 07/05/2022) |
| 07/06/2022 | 3 | Summons Issued as to SOUTH BEND COMMUNITY SCHOOL CORPORTATION. (JSR) (Entered: 07/06/2022) |
| 07/06/2022 | 4 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (JSR) (Entered: 07/06/2022) |
| 07/11/2022 | 5 | CLOSED TRANSFER/ORDER TRANSFERRING ACTION TO THE NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION – Plaintiff Tiana Batiste–Waddell filed a complaint alleging employment discrimination against Defendant South Bend Community School Corporation. |

| | | |
|---|---|---|
| | | Defendant is located in South Bend, Indiana, which is in the Northern District of Indiana. See 28 U.S.C. § 94. Accordingly, this action is transferred to the United States District Court for the Northern District of Indiana, South Bend Division. Signed by Judge James R. Sweeney II on 7/11/2022.(JDC) (Entered: 07/12/2022) |
| 07/11/2022 | 6 | Transfer Letter to Clerk of the Northern District of Indiana/South Bend. Case transferred electronically to Northern District of Indiana/South Bend, on 7/11/2022. (JDC) (Entered: 07/12/2022) |

**Case #: 1:22−cv−01327−JRS−DLP**